IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CRIMINAL NO. 13-30053-MJR |
| DESTRY J. MARCOTTE, | ) ) ) |
| Defendant. | ) |

## VERDICT

We, the jury, find the defendant, DESTRY J. MARCOTTE, _Guilty_
(Guilty/Not Guilty)

of Making a False Claim for Federal Tax Refund - 2005 Return, as charged in Count 1 of the Indictment.



FOREPERSON