IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,     )
     )
          Plaintiff,     )
     )
     vs.     )  CRIMINAL NO.  13-30053-MJR
     )
DESTRY J. MARCOTTE,     )
     )
          Defendant.     )

## MOTION FOR WARRANT TO ISSUE
## AND FOR DETENTION OF DEFENDANT PENDING SENTENCING

The United States of America, by Stephen R. Wigginton, United States Attorney for the

Southern District of Illinois, and Norman R. Smith, Assistant United States Attorney, move for a

warrant to issue for the arrest of the Defendant and for the detention of the Defendant pending

sentencing pursuant to Title 18, United States Code, Section 3143 and 3145.  On May 1, 2014, in

St. Clair County, within the Southern District of Illinois, **DESTRY J. MARCOTTE,** defendant

herein, did fail to appear for sentencing in Cause No. 13-30053-MJR, having been convicted on

October 8, 2013 of four counts of Making a False Claim Against the United States, in violation of

Title 18, United States Code, § 287 and having been released on bond awaiting sentencing pursuant

to Chapter 207 of Title 18.

WHEREFORE, the United States of America respectfully requests that this Honorable

Court issue a warrant for the arrest of the defendant and then upon his arrest schedule a detention

hearing and enter an Order directing that the Defendant be detained until sentencing

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney


*s/Norman R. Smith*
NORMAN R. SMITH
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628- 3743
E-mail norman.smith@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.   13-30053-MJR |
| | ) | |
| DESTRY J. MARCOTTE, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on May 1, 2014, I caused to be electronically filed:

**MOTION FOR WARRANT TO ISSUE
AND FOR DETENTION OF DEFENDANT PENDING SENTENCING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Phillip_Kavanaugh@fd.org

and I hereby certify that on May 1, 2014, a copy of the above document was placed in the U.S. Mail to be sent Certified Mail, Return Receipt Requested, addressed as follows:

Destry J. Marcotte
411 West Cleveland
Belleville, IL  62220

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

*s/ Norman R. Smith*
NORMAN R. SMITH
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628-3720
E-mail: Norman.Smith@usdoj.gov