# Letter Rogatory

I Destry J Marcotte am forwarding the attached documents for your review.

Federal Rule 12, Letter Rogatory, sovereign documents, sovereignty, UCC 1 -308, UCC 1-103.6, UCC 1-201.26, UCC 3-104.2, UCC 3-104.3

This is a Letter Rogatory, it either testifies to, or asks for testimony, from a foreign court. With both state and federal being corporate, they are foreign to the Cherokee Nation of Indians government, and the American people.

# CERTIFICATE OF SERVICE

On September ____, 2014, I, Destry James Marcotte did send and serve via **USPS via Certified Mail** the following Documents to the parties named herein below:

1. In Regards to UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS Court Case Number 13-30053-MJR accepted for honor and endorsed and payable to United States Treasury per 12 USC 95(a)2

*(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.*

2. Autographed Bonded Declaration of Independence as evidence of the acceptance of the Pledge by one man, being this "protected purchaser" and "appropriate person" of the estate qualified and in support of this assignment and Delivery of the Revisionary Interest in the Infant Decedent estate to the United States;

3. Letter to Chief Judge and Michael J. Reagan

4. Notice to RESPOND TO THIS POSTAL LOCATION ONLY pursuant to Title 39 § 3003 title 18 U.S.C. 1302, 1341, 1342 per the Domestic Mail Services Regulation Section 122.32 per Public Law 91-375 Section 403

5. CERTIFICATE OF MAILING

1. MR. JACOB LEW, SECRETARY OF THE TREASURY
   THE UNITED STATES DEPARTMENT OF THE TREASURY
   1500 Pennsylvania Avenue, NW
   Washington, D.C. 20220

via United States Post Office, Certified Mail # 7012 0470 0001 4918 0921

2. Mr Eric Holder, Attorney General of the UNITED STATES OF AMERICA
   Attention: Alien Property Custodian
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

via United States Post Office, Certified Mail # 7012 0470 0001 4918 0938

3. Mr. Thomas J Curry, Comptroller of the Currency

Office of the Comptroller of the Currency
400 7th Street SW, Suite 3E-218
Washington, D.C. 20219

via United States Post Office, Certified Mail # 7012 0470 0001 4918 0945

4. Office of the Secretary of State, Mark Richie
   Retirement Systems of Minnesota Building
   60 Empire Drive, Suite 100
   Saint Paul, Minnesota [ 55103 ]

via United States Post Office, Certified Mail # 7012 0470 0001 4918 0952

5. Mr. Daniel Werfel, Office of the
   Acting Commissioner of the
   Internal Revenue Service
   10th St & Pennsylvania Ave, NW
   Washington, DC 20004

via United States Post Office, Certified Mail # 7012 0470 0001 4918 0969

6. Mr. Tom Vilsack, Office of the Secretary
   U.S. Department of Agriculture,
   1400 Independence Ave., S.W.
   Mail Stop 101 room 200-A
   Washington, DC 20250

via United States Post Office, Certified Mail # 7012 0470 0001 4918 0976

7. Mr. John Kerry, Office of the Secretary of State
   U.S. Department of State,
   2201 C Street NW
   Washington, DC 20250

via United States Post Office, Certified Mail # 7012 0470 0001 4918 0983

    I, Destry James Marcotte, state that the documents listed above were mailed this _____ day, of the ninth month in the year of our Lord 2014 AD. to the parties named in this certificate or service and that I have served true copies of the above documents and evidence in the manner shown herein.

By: _____

Address; temporary mail location - 236 East Main Street, suite 208 drive
Sevierville, Tennessee, non domestic

To: Chief Judge and/or MICHAEL J REAGAN
UNITED STATES DISTRICT COURT for the Southern District of Illinois
750 Missouri Avenue
East St. Louis, Illinois

I am writing u by special appearance in private to accept this offer for honor on behalf of DESTRY J MARCOTTE 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 and transfer, assign, release, and deliver any kind of interest in any kind of property regarding acceptance to and for the account of United States upon condition any debt received be retired and never re-issued and any revenues received be used to reduce the public debt and any property so received be sold and the proceeds used to reduce the public debt in fulfillment of duty under this simple treaty of peace pursuant to Law of Nations book 1 Article 192 and book 2 Article 105 in acceptance of 12 USC 95a (2) and offer for safe harbor extended pursuant to Law of Nations Book 2 Article 104.

Pursuant to 12 USC 95a (2) and in fulfillment of 14th Amendment duty to not question this public debt obligation, Destry J Marcotte accepts full acquittance and discharge of any further obligation regarding this matter and requires UNITED STATES enforce this contract and may contact JUDGE MICHAEL J REAGAN to arrange collection of any and all instruments, proceeds, and accounts for surrender over to UNITED STATES as JUDGE MICHAEL J REAGAN is appointed as special executor for this matter and none other, with acceptance of oath of office for JUDGE MICHAEL J REAGAN.

/s/ [signature]

For DESTRY J MARCOTTE 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

cc:

Occupant to Office of Executive Secretary and
Alien Property Custodian, Jacob L. Lew, a man.
C/O Department of Treasury
1500 Pennsylvania Avenue, North West.
Room 3413
Washington, DC [20220]

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

UNITED STATES OF AMERICA
*Plaintiff(s)*

v.

Case Number: 13-30053-MJR

DESTRY J MARCOTTE
*Defendant(s)*
413 Ring of Kerry
Belleville, IL 62221

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | U. S. Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL 62201 | Courtroom No.: | 5 |
| --- | --- | --- | --- |
| Before: | U.S. Magistrate Judge Stephen C. Williams | Date and Time: | 4/4/2013 @ 3:00 PM |

This offense is briefly described as follows:

Counts 1-4 – 18:287 False, fictitious or fraudulent claims

Count 5 – 18:912 False Impersonation

*Accepted for Hanor*

DEFENDANT IS REQUIRED TO REPORT TO THE UNITED STATES PROBATION OFFICE, Choose an item., TWO HOURS PRIOR TO COURT APPEARANCE.

Date: March 20, 2013

NANCY J. ROSENSTENGEL, Clerk of Court
*Lisa M. Braun, Deputy*
Lisa M Braun Deputy

I declare under penalty of perjury that I have:

☐ Executed and returned this summons  ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*

FILED
MAR 19 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 13-30053-MJR |
| ) | |
| DESTRY J. MARCOTTE, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**FALSE CLAIM FOR FEDERAL TAX REFUND - 2005 RETURN**

On or about October 14, 2008, in St. Clair County, within the Southern District of Illinois,

**DESTRY J. MARCOTTE,**

defendant herein, a resident of the City of Belleville, within St. Clair County, presented to the United States Treasury Department a claim against the United States for payment of a refund of taxes in the amount of $147,586, which he then and there knew to be false, fictitious, and fraudulent in falsifying the amount of income taxes previously withheld. **DESTRY J. MARCOTTE** made the claim by preparing and causing to be prepared, an amended U.S. Individual Income Tax Return, Form 1040X, with attachments, which was presented to the United States Treasury Department, through the Internal Revenue Service.

All in violation of Title 18, United States Code, Section 287.

1

## COUNT 2
### FALSE CLAIM FOR FEDERAL TAX REFUND - 2006 RETURN

On or about October 14, 2008, in St. Clair County, within the Southern District of Illinois,

**DESTRY J. MARCOTTE,**

defendant herein, a resident of the City of Belleville, within St. Clair County, presented to the United States Treasury Department a claim against the United States for payment of a refund of taxes in the amount of $136,905, which he then and there knew to be false, fictitious, and fraudulent in falsifying the amount of income taxes previously withheld. **DESTRY J. MARCOTTE** made the claim by preparing and causing to be prepared, an amended U.S. Individual Income Tax Return, Form 1040X, with attachments, which was presented to the United States Treasury Department, through the Internal Revenue Service.

All in violation of Title 18, United States Code, Section 287.

## COUNT 3
### FALSE CLAIM FOR FEDERAL TAX REFUND - 2007 RETURN

On or about December 23, 2008, in St. Clair County, within the Southern District of Illinois,

**DESTRY J. MARCOTTE,**

defendant herein, a resident of the City of Belleville, within St. Clair County, presented to the United States Treasury Department a claim against the United States for payment of a refund of taxes in the amount of $183,859, which he then and there knew to be false, fictitious, and fraudulent in falsifying the amount of income taxes previously withheld. **DESTRY J. MARCOTTE** made the claim by preparing and causing to be prepared, a U.S. Individual

Income Tax Return, Form 1040, with attachments, which was presented to the United States Treasury Department, through the Internal Revenue Service.

All in violation of Title 18, United States Code, Section 287.

### COUNT 4
### FALSE CLAIM FOR FEDERAL TAX REFUND - 2008 RETURN

On or about February 25, 2009, in St. Clair County, within the Southern District of Illinois,

### DESTRY J. MARCOTTE,

defendant herein, a resident of the City of Belleville, within St. Clair County, presented to the United States Treasury Department a claim against the United States for payment of a refund of taxes in the amount of $153,989, which he then and there knew to be false, fictitious, and fraudulent in falsifying the amount of income taxes previously withheld. **DESTRY J. MARCOTTE** made the claim by preparing and causing to be prepared, a U.S. Individual Income Tax Return, Form 1040, with attachments, which was presented to the United States Treasury Department, through the Internal Revenue Service.

All in violation of Title 18, United States Code, Section 287.

## COUNT 5

**FALSELY PRETENDING TO BE AN OFFICER OF THE UNITED STATES ACTING UNDER THE AUTHORITY OF THE UNITED STATES TO DEMAND A THING OF VALUE**

On or about December 9, 2009, in St. Clair County, within the Southern District of Illinois,

**DESTRY J. MARCOTTE,**

defendant herein, did falsely assume and pretend to be an officer of the United States acting under the authority thereof, that is "a duly authorized representative of the United States as a warranted contracting officer," and in such assumed and pretended character with intent to defraud did falsely demand a thing of value, in that he fraudulently filed a release of lien on real property pretending to be an authorized U.S. government official to release a federal tax lien placed on his real property, located at 413 Ring of Kerry, Belleville, Illinois.

All in violation of Title 18, United States Code, Section 912.

NORMAN R. SMITH
Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended bond: $50,000 secured

5

# IN CONGRESS, JULY 4, 1776.

## The unanimous Declaration of the thirteen united States of America,

When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation. —— We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. — That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, — That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security. — Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world. —— He has refused his Assent to Laws, the most wholesome and necessary for the public good. —— He has forbidden his Governors to pass Laws of immediate and pressing importance, unless suspended in their operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them. —— He has refused to pass other Laws for the accommodation of large districts of people, unless those people would relinquish the right of Representation in the Legislature, a right inestimable to them and formidable to tyrants only. —— He has called together legislative bodies at places unusual, uncomfortable, and distant from the depository of their public Records, for the sole purpose of fatiguing them into compliance with his measures. —— He has dissolved Representative Houses repeatedly, for opposing with manly firmness his invasions on the rights of the people. —— He has refused for a long time, after such dissolutions, to cause others to be elected; whereby the Legislative powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the mean time exposed to all the dangers of invasion from without, and convulsions within. —— He has endeavoured to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new Appropriations of Lands. —— He has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary powers. —— He has made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries. —— He has erected a multitude of New Offices, and sent hither swarms of Officers to harrass our people, and eat out their substance. —— He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures. —— He has affected to render the Military independent of and superior to the Civil power. —— He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation: — For Quartering large bodies of armed troops among us: — For protecting them, by a mock Trial, from punishment for any Murders which they should commit on the Inhabitants of these States: — For cutting off our Trade with all parts of the world: — For imposing Taxes on us without our Consent: — For depriving us in many cases, of the benefits of Trial by Jury: — For transporting us beyond Seas to be tried for pretended offences: — For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies: — For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments: — For suspending our own Legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever. — He has abdicated Government here, by declaring us out of his Protection and waging War against us. — He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people. — He is at this time transporting large Armies of foreign Mercenaries to compleat the works of death, desolation and tyranny, already begun with circumstances of Cruelty & perfidy scarcely paralleled in the most barbarous ages, and totally unworthy the Head of a civilized nation. — He has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the executioners of their friends and Brethren, or to fall themselves by their Hands. — He has excited domestic insurrections amongst us, and has endeavoured to bring on the inhabitants of our frontiers, the merciless Indian Savages, whose known rule of warfare, is an undistinguished destruction of all ages, sexes and conditions. In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince, whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people. Nor have We been wanting in attentions to our Brittish brethren. We have warned them from time to time of attempts by their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the circumstances of our emigration and settlement here. We have appealed to their native justice and magnanimity, and we have conjured them by the ties of our common kindred to disavow these usurpations, which, would inevitably interrupt our connections and correspondence. They too have been deaf to the voice of justice and of consanguinity. We must, therefore, acquiesce in the necessity, which denounces our Separation, and hold them, as we hold the rest of mankind, Enemies in War, in Peace Friends. ——

We, therefore, the Representatives of the united States of America, in General Congress, Assembled, appealing to the Supreme Judge of the world for the rectitude of our intentions, do, in the Name, and by Authority of the good People of these Colonies, solemnly publish and declare, That these United Colonies are, and of Right ought to be Free and Independent States; that they are Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, is and ought to be totally dissolved; and that as Free and Independent States, they have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do. —— And for the support of this Declaration, with a firm reliance on the protection of divine Providence, we mutually pledge to each other our Lives, our Fortunes and our sacred Honor.

John Hancock

Button Gwinnett
Lyman Hall
Geo Walton.

Dexter James Marcotte

Wm Hooper
Joseph Hewes,
John Penn

Edward Rutledge 1.

Thos Heyward Junr.
Thomas Lynch Junr.
Arthur Middleton

Samuel Chase
Wm. Paca
Thos. Stone
Charles Carroll of Carrollton

George Wythe
Richard Henry Lee
Th Jefferson
Benja. Harrison
Thos. Nelson jr.
Francis Lightfoot Lee
Carter Braxton

Robt Morris
Benjamin Rush
Benja. Franklin
John Morton
Geo Clymer
Jas. Smith.
Geo. Taylor
James Wilson
Geo. Ross
Caesar Rodney
Geo Read
Tho M:Kean

Wm Floyd
Phil. Livingston
Frans. Lewis
Lewis Morris

Richd. Stockton
Jno Witherspoon
Fras. Hopkinson
John Hart
Abra Clark

Josiah Bartlett
Wm Whipple
Saml Adams
John Adams
Robt Treat Paine
Elbridge Gerry
Step. Hopkins
William Ellery
Roger Sherman
Saml Huntington
Wm Williams
Oliver Wolcott
Matthew Thornton

"This image comes from William J. Stone's 1823 copper plate engraving produced by direct impression from the original Declaration itself."