Confidential

Attn Chief Judge and/or MICHAEL J REAGAN
Executive Order 135261.3(e)
Exceptional Cases – National Security
United States District Court for the Southern District of Illinois
750 Missouri Avenue
East St. Louis, Illinois

Confidential

Case # 130053 MJR

Re; DESTRY J MARCOTTE-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(agency) ACCEPTS FOR HONOR, this case and cause and;

Pursuant to the Power of Appointment Act of 1951; Destry James Marcotte appoints Chief Judge and/or Michael J Reagan as Special Executor in this matter, General Executor exercises the claim for the profits and interest pursuant to Article 15 of the Cesti Que Vie act 1666 as articulated in Article 4 of the act by Westminster for recoupment, of all securities and does hereby pledge the assets to the host nation pursuant to 12 USC 95a part 2 as the live man inhabiting the land who is by his act and deed declares the reversionary interest as the naked owner (credit/value of a living soul) supported by this full assignment to the United States and under the Power of Appointment assigns and pledges the assets of the state estate and directs the order as follows " pay to order of the United States Treasury, without recourse for full acquittance and discharge to wit.

The Agency, claims mistake in the matter, and is operating in good faith, with clean hands, and in Honor, seeks to correct all matters

NOTICE:

Based upon the definition of minor;... minor means an individual under 18 years of age... the term minor is also used to refer to an individual who has attained the age of 18 but has not yet taken control of the securities contained in his/her minor account.

**Mandatory Judicial Notice- Demand for full Accounting UCC-9-210**

**Based on the following documents, I have come to understand the State is not attempting to entice me into form of Idolatry, but acts upon my surrender as my free will to act upon the will of my Creator, he being the Grantor and Creator of All.**

# LETTER ROGATORY
## MANDATORY JUDICIAL NOTICE
## ACCEPTANCE FOR HONOR AND ASSIGNMENT OF REVERSIONARY INTERESTS

Greetings, Chief Judge, and or ; Judge Michael J Reagan

RE: Letter Rogatory for account number case # 13-30053, by special appearance, under exigent circumstances.

COMES NOW; DESTRY J MARCOTTE – 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 (agency) under special appearance, under exigent circumstances; in private as general executor (*cf.* F.R.C.P. rule 17) of an estate in reversion within the DESTRY J MARCOTTE agency currently being administered as there is a mistake for there has been a contractual restraint / trespass pursuant to 15 U.S.C. § 1 against this estate of which the United States is the beneficiary and it is the duty of the general executor to raise a mandatory counter claim to protect and defend these interests and rights under your rules of procedure (*cf.* F.R.C.P. ) with mandatory judicial notice of this simple treaty of protection pursuant to Law of Nations Book 1, Article 192.

Acting as non-enemy, non-belligerents, under the Treaty of Peace, and member of the Treaty people known as the Cherokee nation of Indians, with the United States of America, done to demonstrate my non-enemy, non-belligerent status

This court and all concerned are advised that DESTRY J MARCOTTE – 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 (agency) is not a legal expert, or trained in such procedures. Any and all mistakes on the part of the agency, either procedurally or in describing the remedy, the appointment of the special executor, or any aspect inconsistent with the highest principles of law is expressly disavowed.

This matter is accepted for Honor; DESTRY J MARCOTTE – 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 (agency) for the benefit of the United States evidenced by exhibit A and as property of the United States is exempt from arrest or seizure

pursuant to 46 U.S.C. § 30908 and for the protection and defense of United States rights and interests and with acceptance of loyalty oath and pension bond and pursuant to Power of Appointment Act 1951, Chief Judge and/or Judge Michael J Reagan, and or current account administrator, is appointed as special executor for this matter and none other with full indemnities provided by United States pursuant to 12 U.S.C. 95a (2).

DESTRY J MARCOTTE – 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 (agency) accepts full acquittance and discharge of Destry James Marcotte, as general executor, from further obligation in fulfillment of law pursuant to 12 U.S.C. 95a (2) and instructs special executor, Chief Judge and/or Judge Michael J Reagan to release from lien and deliver all bonds, instruments, property and proceeds both ledgered and off-book pursuant to federal Statutes to for indorsement, assignment, release, and delivery to beneficiary in fulfillment of treaty obligations in exercise of claim in recoupment pursuant to federal Statutes and initiate proceedings against any agents in their personal capacity pursuant to 26 U.S.C. 2032A(e)(11) for any fraud upon the court, failure to produce security warranting this attachment, enforcement, docketing, and transfer of property, rights, and interests as consequence of these agents improperly suing out the attachment pursuant to Federal Statutes.

46 U.S. Code § 30908 - Exemption from arrest or seizure

Current through Pub. L. 113-142, except 128. (See Public Laws for the current Congress.)

The following are not subject to arrest or seizure by judicial process in the United States:
**(1)** A vessel owned by, possessed by, or operated by or for the United States or a federally-owned corporation.
**(2)** Cargo owned or possessed by the United States or a federally owned corporation.

# OF THE PROTECTION SOUGHT BY A NATION, AND ITS VOLUNTARY SUBMISSION TO A FOREIGN POWER.

## § 192. Protection.

WHEN a nation is not capable of preserving herself from insult and oppression, she may procure the protection of a more powerful state. If she obtains this by only engaging to perform certain articles, as to pay a tribute in return for the safety obtained, — to furnish her protector with troops, — and to embark in all his wars as a joint concern, — but still reserving to herself the right of administering her own government at pleasure, — it is a simple treaty of protection, that does not all derogate from her sovereignty, and differs not from the ordinary treaties of alliance, otherwise than as it creates a difference in the dignity of the contracting parties.

## § 15. *What is the end of civil society.*

The end or *object* of civil society is to procure for the citizens whatever they stand in need of for the necessities, the conveniences, the accommodation of life, and, in general, whatever constitutes happiness, — with the peaceful possession of property a method of obtaining justice with security, and, finally, a mutual defence against all external violence.

It is now easy to form a just idea of the perfection of a state or nation: — every thing in it must conspire to promote the ends we have pointed out.

## § 16. *A nation is under an obligation to preserve itself.*

In the act of association, by virtue of which a multitude of men form together a state or nation, each individual has entered into engagements with all, to promote the general welfare; and all have entered into engagements with each individual, to facilitate for him the means of supplying his necessities, and to protect and defend him. It is manifest that these reciprocal engagements can no otherwise be fulfilled than by maintaining the political association. The entire nation is then obliged to maintain that association; and as their preservation depends on its continuance, it thence follows that every nation is obliged to perform the duty of self-preservation,

This obligation, so natural to each individual of God's creation, is not derived to nations immediately from nature, but from the agreement by

which civil society is formed: it is therefore not absolute, but conditional, — that is to say, it supposes a human act, to wit, the social compact. And as compacts may be dissolved by common consent of the parties — if the individuals that compose a nation should unanimously agree to break the link that binds them, it would be lawful for them to do so, and thus to destroy the state or nation; but they would doubtless incur a degree of guilt, if they took this step without just and weighty reasons; for civil societies are approved by the Law of Nature, which recommends them to mankind, as the true means of supplying all their wants, and of effectually advancing towards their own perfection. Moreover, civil society is so useful, nay so necessary to all citizens, that it may well be considered as morally impossible for them to consent unanimously to break it without necessity. But what citizens may or ought to do — what the majority of them may resolve in certain cases of necessity or of pressing exigency — are questions that will be treated of elsewhere: they cannot be solidly determined without some principles which we have not yet established. For the present, it is sufficient to have proved, that, in general, as long as the political society subsists, the whole nation is obliged to endeavor to maintain it.

### *§ 17. And to preserve its members.*

If a nation is obliged to preserve itself, it is no less obliged carefully to preserve all its members. The nation owes this to itself, since the loss even of one of its members weakens it, and is injurious to its preservation. It owes this also to the members in particular, in consequence of the very act of association; for those who compose a nation are united for their defence and common advantage; and none can justly be deprived of this union, and of the advantages he expects to derive from it, while he on his side fulfills the conditions. (15)

The body of a nation cannot then abandon a province, a town, or even a single individual who is a part of it, unless compelled to it by necessity, or indispensably obliged to it by the strongest reasons founded on the public safety. (16)

### *§ 18. A nation has a right to every thing necessary for its preservation.*

Since then a nation is obliged to preserve itself, it has a right to every thing necessary for its preservation. For the Law of Nature gives us a right to every thing without which we cannot fulfill our obligation; otherwise it

would oblige us to do impossibilities, or rather would contradict itself in prescribing us a duty, and at the same time debarring us of the only means of fulfilling it. It will doubtless be here understood, that those means ought not to be unjust in them, or such as are absolutely forbidden by the Law of Nature.

As it is impossible that it should ever permit the use of such means, — if on a particular occasion no other present themselves for fulfilling a general obligation, the obligation must, in that particular instance, be looked on as impossible, and consequently void.

Please copy me on all relevant documents, securities etc. et al for my records.

Submitted in Peace and in Honor;

_____

Destry James Marcotte, general executor,

without recourse

*I will be surrendering on the 22nd Monday Sept 2014 in peace and as a non belligerent.*



# BIRTH CERTIFICATE

**FULL NAME**
DESTRY JAMES MARCOTTE

**SEX**
MALE

**DATE OF BIRTH**
FEBRUARY 23, 1966

**CITY OR TOWNSHIP OF BIRTH**
WACONIA

**COUNTY**
CARVER

**PARENT(S)**
SHARON LOUISE  (EBERLE)

DOUGLAS JAMES MARCOTTE

---

AMENDMENTS MADE PRIOR TO MARCH 11, 2001 FOR THIS RECORD ARE NOT NOTED ON THE CERTIFIED COPY.

10A-0015087

THIS IS A TRUE AND OFFICIAL RECORD OF THE BIRTH REGISTERED IN THE OFFICE OF THE STATE REGISTRAR. **DATE FILED: MARCH 02, 1966**



*0015087*

**PLACE ISSUED:** CARVER

**DATE ISSUED:** SEPTEMBER 17, 2007

*Steve Elbins*
State Registrar



Pay to the Order of the United States Treasury

_____

without recourse
RECEIVED SEP 19 2014 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS EAST ST. LOUIS OFFICE

Desiry James Marcotte, grandsonal executor
General post office
Belleville, Illinois

Confidential

Judge Michael Reagan
United States District Court
750 Missouri Avenue
East St. Louis, Illinois

6220129354129

Confidential